IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FRED TURNER, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 14-00599-KD-B |
| | : | |
| JACQUELYN CHESTANG, | : | |
|     Defendant. | : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 8, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for lack of federal jurisdiction.

**DONE** and **ORDERED** this the **27**[th] day of **April 2015.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**